UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Defendant. | No. 1:23-cv-1749-BAH |

**JOINT STATUS REPORT**

Pursuant to the Court's November 26, 2024, Minute Order, Plaintiff Gibson, Dunn & Crutcher LLP ("Plaintiff") and Defendant U.S. Securities and Exchange Commission ("SEC"), through undersigned counsel, provide the following joint status report in this Freedom of Information Act ("FOIA") litigation.

In the last joint status report (Dkt. 18), the parties advised the Court that Plaintiff was in the process of reviewing the SEC's releases in this matter and anticipated requesting that the SEC provide additional information concerning certain withholdings in a *Vaughn* index. Plaintiff is nearing completion of this review and will provide the SEC all challenged withholdings by January 31, 2025. Upon receipt of this information, the SEC will evaluate the withholdings. Should the SEC decide to continue withholding any of the information, it will provide a *Vaughn* index to Plaintiff identifying the records and explaining the SEC's reasons for nondisclosure. Should Plaintiff continue to dispute the SEC's withholdings, the parties anticipate needing summary judgment to resolve their dispute, at which time the parties would propose a summary judgment briefing schedule.

The parties propose filing another joint status report with the Court on or before **March 25, 2025**, providing an update to the Court on the status of their negotiations and a schedule for the remainder of the litigation.

Dated: January 24, 2025                Respectfully submitted,

*/s/ Michael S. Bailey*
Michael S. Bailey (D.C. Bar No. 983676)
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549-9612
Telephone: (202) 551-7428
Facsimile: (202) 772-9263
Email: BaileyM@sec.gov

*Counsel for U.S. Securities and Exchange Commission*

*/s/ Helgi C. Walker*
Helgi C. Walker (D.C. Bar No. 454300)
Brian Richman (D.C. Bar No. 230071)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5306
Phone: 202.955.8500
Fax: 202.467.0539
Email: HWalker@gibsondunn.com
Email: BRichman@gibsondunn.com

*Counsel for Plaintiff*